**UNITED STATES DISTRICT COURT**
**WESTEN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

UNITED STATES OF AMERICA          §
                                  §
                                  §
v.                                §     Cause No. DR:25-CR-01544-EG
                                  §
                                  §
ALEXANDRO CONTRERAS               §


**ORDER ON GOVERNMENT'S MOTION IN LIMINE**

On this day the Court considered Government's Motions in Limine in the above-referenced Cause.  It is hereby the opinion of the Court that the Motions should be:


1)          Granted_____          Denied_____

2)          Granted_____          Denied_____

3)          Granted_____          Denied_____

4)          Granted_____          Denied_____

5)          Granted_____          Denied_____

6)          Granted_____          Denied_____

7)          Granted_____          Denied_____

8)          Granted_____          Denied_____

9)          Granted_____          Denied_____

10)         Granted_____          Denied_____

11)         Granted_____          Denied_____

12)         Granted_____          Denied_____

13)            Granted_____            Denied_____

Signed this _____day of _____, 20_____.

_____
THE HONORABLE ERNEST GONZALEZ
United States District Judge