**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

FILED

DEC 17 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,                §

*Plaintiff,*                                          §

v.                                                         §      Case No.: **DR:25-CR-01544-EG-1**

ALEXANDRO CONTRERAS,                §

*Defendant.*                                        §

<u>**VERDICT**</u>                      **REDACTED COPY**

**COUNT ONE**

As to Count One of the Superseding Information, Forcibly Assaulting a Federal Officer, namely, United States Customs and Border Protection officer C.G., we the jurors find the Defendant, **ALEXANDRO CONTRERAS,**

_____Guilty_____. [Guilty or Not Guilty]

**COUNT TWO**

As to Count Two of the Superseding Information, Forcibly Assaulting a Federal Officer, namely, United States Customs and Border Protection officer J.G., we the jurors find the Defendant, **ALEXANDRO CONTRERAS,**

_____Guilty_____. [Guilty or Not Guilty]

_____12-17-2025_____

Date

_____

**FOREPERSON**

16